IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


M STREET INVESTMENTS, INC.                          PLAINTIFF

VS.                    CIVIL ACTION NO. 3:13-cv-878(DCB)(MTP)

ZURICH AMERICAN INSURANCE COMPANY,
BELFOR USA GROUP, INC., and
GARY WILBORN a/k/a GARY WILBURN              DEFENDANTS


ORDER

This cause is before the Court on Notice of Withdrawal of Motion for Relief, docketed as a motion to withdraw motion for relief **(docket entry 202)** filed on behalf of Harvey Little, movant and an interested party and Umpire in the above-styled and numbered cause.  As a result of the Notice of Withdrawal, the Court hereby finds and ORDERS as follows:

IT IS HEREBY ORDERED that the motion to withdraw motion for relief **(docket entry 202)** is GRANTED;

FURTHER ORDERED that the Motion to Reopen Case **(docket entry 196)**, Motion for Relief **(docket entry 197)**, and Motion for Extension of Time **(docket entry 200)** are MOOT.

SO ORDERED, this the 15th day of October, 2014.


                              /s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE